# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| THE MT. MORRIS SPORTSMEN'S ASSOCIATION, | : | No. 152 WAL 2017 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| A. WILLIAM BOYERS, BARBARA E. | : | |
| STROSNIDER AND RUTH A. HAINES, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.